**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Jerome Laberge Weston**<br>1628 Carriage Hills Drive<br>Griffin, GA 30224<br><br>xxx−xx−8358 | Case No.: **21−10660−pmb**<br>Chapter: **7**<br>Judge: **Paul Baisier** |

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_/s/ Paul Baisier_

Paul Baisier
United States Bankruptcy Judge

Dated:   November 9, 2021

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:  
Jerome Laberge Weston  
    Debtor

Case No. 21-10660-pmb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-7      User: bncadmin      Page 1 of 2  
Date Rcvd: Nov 09, 2021      Form ID: 182      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome Laberge Weston, 1628 Carriage Hills Drive, Griffin, GA 30224-8404 |
| 23544329 | + | 6464 Rolling Tree St. Land Tru, 6464 RTS Land Trust, 13012 N. Dale Mabry Hwy, #357, Tampa, FL 33618-2808 |
| 23544332 | + | Carmax Auto Finance, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 23544333 | | Eversource, P.O. Box 56007, Boston, MA 02205-6007 |
| 23544334 | + | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 23544335 | + | Hearthstone Farm, 128 Paine Road, Charleston, ME 04422-3424 |
| 23544336 | + | Jax Elect, 21 W Church St, Jacksonville, FL 32202-3155 |
| 23544344 | + | Nexum Group, 3700 34th Street, Orlando, FL 32805-6613 |
| 23544345 | + | Radius Global Solution, 9550 Regency Square, Jacksonville, FL 32225-8116 |
| 23544346 | + | Sandler Chase Homeowners Assoc, 12620-3 Beach Blvd #301, Jacksonville, FL 32246-7130 |
| 23544347 | + | Sofia Peterson, 212 North Circle, Lancaster, SC 29720-6510 |
| 23544348 | | Td Rcs/littman Jeweler, Td Rcs, Columbia, SC 29202 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: theo.mann@txitrustee.com | Nov 09 2021 19:59:00 | Theo D Mann, 28 Jackson Street, P. O. Box 310, Newnan, GA 30264-0310 |
| 23544330 | + | Email/Text: dhrcscbu@dhr.alabama.gov | Nov 09 2021 20:00:00 | Alabama Child Support Enforce, 50 N Ripley Street, Montgomery, AL 36130-1001 |
| 23544331 | + | EDI: AMEREXPR.COM | Nov 10 2021 00:58:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 23544337 | + | EDI: NFCU.COM | Nov 10 2021 00:58:00 | Navy Federal Cr Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 23544340 | | EDI: NFCU.COM | Nov 10 2021 00:58:00 | Navy Federal Cr Union, 1 Security Place, Merrifield, VA 22116 |
| 23544341 | | EDI: NFCU.COM | Nov 10 2021 00:58:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 23544349 | + | EDI: CITICORP.COM | Nov 10 2021 00:58:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23544338 | *+ | Navy Federal Cr Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 23544339 | *+ | Navy Federal Cr Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 23544342 | * | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 23544343 | * | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 113E-7 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Nov 09, 2021 | Form ID: 182 | Total Noticed: 19 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021             Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart Ippoliti | on behalf of Creditor Freedom Mortgage Corporation Michelle.ippoliti@mccalla.com bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com |
| James N. Stanley, Jr. | on behalf of Debtor Jerome Laberge Weston jnslawfirm@gmail.com R61251@notify.bestcase.com;bestcasemyecf@gmail.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Theo D Mann | tmann@mwklaw.org tmann@ecf.axosfs.com;ecf.alert+Mann@titlexi.com |

TOTAL: 4